**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Oscar Guilian ZELAYA–ULLOA,
Defendant–Appellant.**

No. 03–40183.
Conference Calendar

United States Court of Appeals,
Fifth Circuit.

Oct. 22, 2003.

James Lee Turner, Assistant US Attorney, Houston, TX, Tony Ray Roberts, McAllen, TX, for Plaintiff–Appellee.

Roland E Dahlin, II, Federal Public Defender, Norman E McInnis, Assistant Federal Public Defender, Aurora Ruth Bearse, Houston, TX, for Defendant–Appellant.

Before KING, Chief Judge, and JOLLY and STEWART, Circuit Judges.

PER CURIAM.*

Oscar Guilian Zelaya–Ulloa appeals his conviction and sentence for illegal reentry. We have jurisdiction over his appeal. *See United States v. Lister,* 53 F.3d 66, 68 (5th Cir.1995).

Zelaya concedes that the issue whether the "felony" and "aggravated felony" provisions of 8 U.S.C. § 1326(b)(1) & (2) are unconstitutional in light of *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000) is foreclosed by *Almendarez–Torres v. United States,* 523

U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), and he raises it solely to preserve its further review by the Supreme Court. *Apprendi* did not overrule *Almendarez–Torres. See Apprendi,* 530 U.S. at 489–90. This court must therefore follow the precedent set in *Almendarez–Torres* "unless and until the Supreme Court itself determines to overrule it." *See United States v. Dabeit,* 231 F.3d 979, 984 (5th Cir.2000) (internal quotation and citation omitted).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.